THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN MCKINLEY,

    Plaintiff,

v.

CRESTBROOK INSURANCE CO., an Ohio corporation and wholly owned subsidiary of Nationwide Mutual Insurance Company, WAOIC No. 500861,

    Defendant.

Case No. 2:23-cv-001888

STIPULATED MOTION AND ORDER OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT CRESTBROOK INSURANCE CO.

## I. **STIPULATION**

Plaintiff Brian McKinley and Defendant Crestbrook Insurance Co., hereby stipulate that all claims against Defendant Crestbrook Insurance Co. may be dismissed with prejudice and without costs and/or attorney fees as to any party.

///
///
///
///
///

DATED:  March 26, 2024

BULLIVANT HOUSER BAILEY PC

By *s/ Vanessa G. Aaron*
Robert Spajic, WSBA #22383
E-mail:   robert.spajic@bullivant.com
Vanessa G. Aaron, WSBA #60826
E-mail:   vanessa.aaron@bullivant.com

Attorneys for Defendant

Dated: March 26, 2024

LAUREL LAW GROUP, PLLC

By  *s/ Thomas W. Stone*
Thomas W. Stone, WSBA No. 37559
5608 17th Ave. NW, Ste. 300
Seattle, WA 98107
Telephone: 206-745-2044
tom@laurellawgroup.com

Attorneys for Plaintiff

## ORDER

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims by and between Plaintiff Brian McKinley and Defendant Crestbrook Insurance Co., in the above-entitled action are dismissed with prejudice as to all parties, and without award of costs or fees to either of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED this 29th day of March, 2024.

_____
HONORABLE JAMAL N. WHITEHEAD